UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 09-708 |
| V. | **ORDER** |
| JOSEPH PEARSON | |

This matter having come before the Court upon the application of Chester M. Keller, Esq., Assistant Federal Public Defender, appearing for the defendant Joseph Pearson and Charlton Rugg, Esq., Assistant United States Attorney, having no objection to the entry of this order,

IT IS ON this 27th day of January, 2010,

ORDERED that the Pretrial Services Agency return the defendant's United States passport.

_____
HONORABLE JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE