UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.09-708 |
| | : | |
| V. | : | |
| | : | **ORDER** |
| | : | |
| JOSEPH PEARSON | : | |

This matter having come before the Court upon the application of Chester M. Keller, Esq., Assistant Federal Public Defender, appearing for the defendant Joseph Pearson and Charlton Rugg, Esq., Assistant United States Attorney, having no objection to the entry of this order,

IT IS ON this 27th day of January, 2010,

ORDERED that restitution payments should be continued through pension withdrawals at the total amount of $1,422.81 monthly. No additional payments will be necessary at this time unless Mr. Pearson's financial situation changes.

HONORABLE JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE